**David Keith SUMRELL,
Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA,
Defendant–Appellee.**

**No. 01–7622.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 8, 2002.

David Keith Sumrell, Appellant pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

* By this remand, we indicate no view as to the appropriate resolution of the timeliness of Perry's notice of appeal.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

David Keith Sumrell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sumrell v. Virginia,* No. CA–01–304–2 (E.D.Va. July 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*